IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS ARGANBRIGHT,

Defendant.

---

## INFORMATION

---

The United States Attorney Charges:

### COUNT 1

1. On or about August 24, 2017, in the State and District of Colorado, the defendant CURTIS ARGANBRIGHT, while acting under the color of law, engaged in sexual contact with VICTIM, whose identity is known to the United States Attorney, without her consent, thereby willfully depriving VICTIM of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1

Constitution and laws of the United States.   The defendant's conduct resulted in bodily injury to VICTIM.

All in violation of Title 18, United States Code, Section 242.

JASON R. DUNN
United States Attorney

By: /s Bryan David Fields
BRYAN DAVID FIELDS
Assistant U.S. Attorneys
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO   80202
Telephone: (303) 454-0100
Fax:   (303) 454-0409
e-mail:   Bryan.Fields3@usdoj.gov
Attorney for the Government

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: /s Katherine G. DeVar
KATHERINE G. DEVAR
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, N.W.
Telephone: (202) 514-4609
e-mail:   Katherine.DeVar@usdoj.gov
Attorney for the Government

By: /s Maura White
Maura White
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, N.W.
Telephone: (202) 514-4609
e-mail:   Mauara.White@usdoj.gov
Attorney for the Government