| | |
|---|---|
| DEFENDANT: | CURTIS ARGANBRIGHT |
| AGE/YOB: | 42 / 1977 |
| COMPLAINT FILED? | _____ Yes   __X_____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X_ No |
| If No, a new warrant is required | |
| OFFENSE(S): LOCATION OF OFFENSE: | 18 U.S.C. § 242 (Civil Rights Violation) Broomfield County, Colorado |
| PENALTY: | NMT 10 years' imprisonment; fine of $250,000; NMT 5 years' supervised release; SA fee of $100 |
| AGENT: | Donald Petersen Special Agent, FBI |
| AUTHORIZED BY: | Bryan David Fields Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant

1