**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case Number 19-cr-0445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

V.

CURTIS ARGANBRIGHT,

Defendant.

_____

**ENTRY OF APPEARANCE**
_____

    I, Nathan Chambers, hereby certify that I am a member in good standing of the bar of this court and I enter my appearance as counsel of record for Curtis Arganbright and request that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

DATED:  October 23, 2019.

                              Respectfully submitted,

                              NATHAN D. CHAMBERS LLC
                              By:  s/Nathan D. Chambers
                              Nathan D. Chambers
                              303 16th Street, Suite 200
                              Denver, Colorado  80202
                              (303) 825-2222

CERTIFICATE OF SERVICE

       I hereby certify that on October 23, 2019, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

                                        By:   s/Nathan D. Chambers
                                        Nathan D. Chambers
                                        303 16th Street, Suite 200
                                        Denver, Colorado  80202
                                        (303) 825-2222