**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-0445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS ARGANBRIGHT,

    Defendant.

_____

**NOTICE OF DISPOSITION**
_____

Defendant Curtis Arganbright, by and through his attorney, Nathan Chambers, hereby notifies the Court that the parties have reached a disposition of this matter involving a change of plea by the Defendant.

DATED:  October 23, 2019.

                              Respectfully submitted,

                              NATHAN D. CHAMBERS LLC
                              By:   s/Nathan D. Chambers
                              Nathan D. Chambers
                              303 16th Street, Suite 200
                              Denver, Colorado  80202
                              (303) 825-2222
                              Attorney for Defendant, Curtis Arganbright

-2-

CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2019, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

      By:   s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado  80202
(303) 825-2222

-2-