**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case Number 19-cr-0445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

V.

CURTIS ARGANBRIGHT,

Defendant.

---

## ENTRY OF APPEARANCE

---

    I, L. Douglas Jewell, hereby certify that I am a member in good standing of the bar of this court and I enter my appearance as counsel of record for Curtis Arganbright and request that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

DATED:   October 24, 2019.

                                                   Respectfully submitted,

                                                   LAW OFFICE OF DOUGLAS JEWELL, LLC

                                                   By */s/ L. Douglas Jewell*
                                                   L. Douglas Jewell
                                                   3000 Youngfield Street, Suite 185
                                                   Wheat Ridge, CO 80215
                                                   (720) 484-5760

CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2019, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

By:   */s/ Peggy P. Quines*
Peggy P. Quines, Paralegal