IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS ARGANBRIGHT,

    Defendant.

## MOTION TO CONTINUE SENTENCING

    The United States of America respectfully moves the Court to continue the sentencing in this matter, which is currently scheduled to take place on March 11, 2020 at 9:30 a.m..

    As grounds for this motion, the Government states as follows:

1.     The defendant pleaded guilty pursuant to a plea agreement on November 18, 2019.

2.     Sentencing in this matter is currently set for March 11, 2020 at 9:30 a.m.

3.     This matter is being jointly prosecuted by the U.S. Attorney's Office for the District of Colorado and the Civil Rights Division of the United States Department of Justice. Civil Rights Division Trial Attorney Maura White is prosecuting a separate matter, *United States v. Eric Scott Kindley*, 4:16-cr-276 in the Eastern District of Arkansas.  At a January 30, 2020, hearing in that matter, she learned that jury selection for that matter will begin March 6, 2020 and that, with the number of government witnesses and the court's schedule, the trial may take up to three weeks.  The other Trial Attorney assigned to this matter, Katherine DeVar, is

1

expected to be on maternity leave until the end of April, 2020.  As a result, the most informed civil rights counsel assigned to this matter will be unavailable for the scheduled sentencing.

4.   The government respectfully requests that the Court continue the sentencing in this matter until April or May 2020.  Granting the continuance will ensure that the Court obtains argument and information relevant to the many anticipated sentencing issues from the entire prosecution team.

5.   The government has contacted counsel for the defendant about the continuance.  Counsel for the defendant has no objection.  However, counsel has informed the government that they are unavailable April 10 – 13, 2020; April 20 – 29, 2020; May 8 – 19, 2020 and June 8-9.  Furthermore, the government has consulted with the assigned Probation Officer.  She is unavailable the week of May 18-22, 2020 and the week of June 9 – 17, 2020. If the court grants the motion the parties would respectfully request an opportunity to jointly contact chambers to select the earliest date available to all of the parties and to the court.  WHEREFORE, the Government respectfully requests that the Court continue the sentencing in this matter to a date in April or May 2020.

Respectfully submitted this 31st day of January, 2020.

| | | |
|---|---|---|
| JASON R. RUNN<br>United States Attorney<br>District of Colorado | | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division<br>U.S. Department of Justice |
| By: | s/ *Bryan David Fields*<br>BRYAN DAVID FIELDS<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone 303-454-0100<br>Facsimile 303-454-0402<br>Bryan.Fields3@usdoj.gov | By: s/ *Maura Deady White*<br>MAURA DEADY WHITE<br>Trial Attorney<br>Civil Rights Division<br>950 Pennsylvania Avenue, N.W.<br>Washington DC 20530<br>Telephone 202-616-5103<br>Maura.White@usdoj.gov |

**CERTIFICATE OF SERVICE**

        I certify that on this 31st day of January, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

        s/ *Bryan David Fields*
        BRYAN DAVID FIELDS
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Bryan.Fields3@usdoj.gov