IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number: 19-cr-0445-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

CURTIS ARGANBRIGHT,

Defendant.

_____

**DEFENDANT'S MOTION TO RESTRICT DOCUMENT NUMBERS 26 AND 27**
_____

Defendant Curtis Arganbright, by and through counsel, respectfully moves to restrict Document Nos. 26 and 27, all attachments thereto, any order revealing the contents of those documents, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The defendant requests a "Level 1" Restriction which would "limit access to the parties and the court."

DATED: May 13, 2020.

1

Respectfully submitted,

LAW OFFICE OF DOUGLAS JEWELL, LLC
s/ L. Douglas Jewell
L. Douglas Jewell
3000 Youngfield Street, Suite 185
Wheat Ridge, CO 80215
(720) 484-5760

NATHAN D. CHAMBERS LLC
/s Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado  80202
(303) 825-2222

CERTIFICATE OF SERVICE

    I hereby certify that on May 13, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

By:   s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-2222