**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  19-cr-00445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS ARGANBRIGHT,

    Defendant.

**MOTION FOR LEAVE TO FILE EQUAL LENGTH RESPONSE BRIEF AND FOR ADDITIONAL TIME**

On May 7, 2020, the Court granted the defendant's unopposed Motion for Leave to File Sentencing Motion in Excess of Otherwise Applicable Page Limitation.  ECF No. 25.  The defendant's motion stipulated no opposition to the government filing a motion of equal length.  The Court's order, however, granted the defendant leave to file a 25-page motion but was silent regarding the government's response.  The default rules provide for equal-length briefing by the parties, WJM Revised Practice Standards III.C.1, which would mean a 25-page response.  However, out of an abundance of caution, the government formally requests leave of the Court before filing such a response.

The Defendant's unopposed Motion for leave to File Sentencing Motion in Excess of Otherwise Applicable Page Limitations recognized that an extra-long brief would warrant an extra-long time for a response and did not oppose the government filing a response on or before the deadline of May 27, 2020 that would have applied under the Court's practice standards.  ECF No. 24, at 4; WJM Practice Standards IX.I.2.b (noting that responses to sentencing motions are

1

due "at least 7 days prior to the date of the sentencing hearing.")  However, on May 14, 2020 the Court ordered the government to respond to an unusually lengthy pleading in nearly the usual time frame, only 8 (rather than the traditional 7) days after it was filed. The defendant's lengthy pleading challenge virtually every aspect of the case, creates a dispute over expert testimony (including a rival expert report), and features an appendix that is approximately 177 pages long. The government is working diligently on its response and will continue to work diligently over the weekend.  However, it needs time to consult with its own expert with regard to the rival report, as well as to compile any materials necessary for a supplemental appendix.  The government respectfully requests an extension to response until the original response date of May 27, 2020.  The government is mindful that the Court may also need additional time to evaluate such excessive briefing and would respectfully ask, in the alternative, that the deadline be extended to at least May 25 so that the government attorneys can finalize matters during the weekend of May 23 and May 24, with May 25 available for final supervisory approval.

    Respectfully submitted this 14st day of May, 2020.

| | | | |
|---|---|---|---|
| | JASON R. DUNN<br>United States Attorney<br>District of Colorado | | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division<br>U.S. Department of Justice |
| By: | s/ *Bryan David Fields*<br>BRYAN DAVID FIELDS<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, CO 8020<br>Telephone:  303-454-0100<br>Facsimile:   303-454-0402<br>Bryan.Fields3@usdoj.gov | By: | s/ *Maura Deady White*<br>MAURA DEADY WHITE |
| | | By: | s/ *Katherine Gray DeVar*<br>KATHERINE GRAY DEVAR<br><br>Trial Attorneys<br>Civil Rights Division<br>950 Pennsylvania Avenue, N.W.<br>Telephone:  202-616-5103<br>Maura.White@usdoj.gov<br>Katherine.Devar@usdoj.gov |

**CERTIFICATE OF SERVICE**

        I certify that on this 14th day of May, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

        s/ *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Bryan.Fields3@usdoj.gov