**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-0445-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CURTIS ARGANBRIGHT,

      Defendant.

---

**MOTION FOR LEAVE TO FILE CONSOLIDATED REPLY
TO GOVERNMENT'S SENTENCING PLEADINGS**
_____

      Defendant Curtis Arganbright, by and through counsel, requests leave to file a consolidated reply to the government's sentencing pleadings, and in support states as follows:

      On November 18, 2019, the defendant pleaded guilty to a single count Information charging Deprivation of Rights Under Color of Law, 18 U.S.C. §242. [Doc. 1 and 16]. Defense counsel received the initial disclosure of the Presentence Investigation Report (PSIR) on April 29, 2019.  On May 13, 2020, Defendant filed his Objections and Corrections to the Presentence Investigation Report [Doc.26] and his Motion for Variant Sentence [Doc.27].  On May 27, 2020, the government filed its Response to Defendant's Objections [Doc.36] and Response to Defendant's Motion for Variant Sentence [Doc.38]. Sentencing is scheduled for August 6, 2020. [Doc.35].

1

The government's responses to Defendant's sentencing filings are a combined 39 pages.  The government's filings contain significant mis-statements of fact and law and mis-representations of the Defendant's sentencing arguments which must be addressed and corrected.  Defendant will not use the Reply to reargue his sentencing position; rather, the Reply will be limited to addressing the mis-statements and mis-representations in the government filings.   WJM Revised Practice Standard III.C.1 provides that any Reply, when permitted, is limited to 10 pages.  Consistent with this Practice Standard, Defendant requests leave to file a consolidated reply to the government's sentencing filings, not separate replies to the government's filings, of not more than 10 pages.  Because the filing, if permitted, will be a reply to documents filed under restriction, the Defendant proposes that the consolidated reply be filed under Restriction Level 1.

WHEREFORE, based on the foregoing, the defendant requests leave to file, under Restriction Level 1, a consolidated reply, not to exceed 10 pages, to the government's sentencing filings [Doc.36 and 38].

Dated: June 3, 2020

Respectfully submitted,

LAW OFFICE OF DOUGLAS JEWELL, LLC
s/ L. Douglas Jewell
L. Douglas Jewell
3000 Youngfield Street, Suite 185
Wheat Ridge, CO 80215
(720) 484-5760

NATHAN D. CHAMBERS LLC
By:    s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-2222

CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

By: ___s/Nathan D. Chambers_____
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-2222