**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  1:19-cr-00445-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CURTIS ARGANBRIGHT,

      Defendant.

---

**UNOPPOSED MOTION FOR ORDER AUTHORIZING ATTORNEYS AND CERTAIN WITNESSES TO PARTICIPATE IN SENTENCING HEARING VIA VIDEO TELECONFERENCE AND/OR TELEPHONE CONFERENCE**

---

      The United States of America respectfully moves the Court to issue an order pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act and District Court General Orders 2020-4 and 2020-10 authorizing the use of video teleconferencing (VTC), and/or if VTC is not reasonably available, telephone conferencing for the felony sentencing which is currently scheduled in this case.  Counsel for the United States has consulted with counsel for the Defendant, who advise that the Defendant consents to the entry of the requested Order.

      As grounds for this motion, the United States states as follows:

      1.      The Defendant pleaded guilty pursuant to a plea agreement on November 18, 2019.

      2.      On March 29, 2020, the Judicial Conference of the United States found, pursuant to the CARES Act, that "emergency conditions due to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. § 1601, et seq.) with respect to the

1

Coronavirus Disease 2019 (COVID-19) have materially affected and will materially affect the functioning of the federal courts generally."

3. On April 6, 2020, Philip A. Brimmer, Chief United States District Court Judge for the District of Colorado, issued District Court General Order 2020-4, finding that emergency conditions due to the COVID-19 pandemic will materially affect the functioning of the courts within the District of Colorado. Chief Judge Brimmer also found that, pursuant to § 15002(b)(2) of the CARES Act, felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety. Finally, Chief Judge Brimmer recognized that the CARES Act authorizes judges in individual cases to conduct felony guilty pleas or sentencings by video teleconference, or by telephone conference if video teleconferencing is not reasonably available, where those judges find specific reasons that those cases cannot be further delayed without serious harm to the interest of justice, so long as the defendant consents after consultation with counsel.

4. General Order 2020-4 is effective during the 90-day period after its issuance, which means it expires on July 5, 2020. On May 22, 2020, the Court issued an order, pursuant to the then-standing General Order 2020-9, resetting the sentencing in this matter of August 6, 2020, at 9:00. ECF No. 35. Although this is outside the 90-day period, General Order 2020-10, issued on June 15, 2020, provides notice that the "Court's judicial officers, to the extent practicably and at their discretion, will endeavor . . . to convert hearings to telephone appearances in an effort to minimize the need for persons to travel to court, understanding that certain hearings may nevertheless require personal appearances." As set forth in more detail

below, the United States respectfully requests that the Court use its discretion to permit trial attorneys from the Civil Rights Division in Washington DC and proposed witness Nurse Theresa Lindsey to participate in the hearing via VTC.

5. This matter is being jointly prosecuted by the U.S. Attorney's Office for the District of Colorado and the Civil Rights Division of the United States Department of Justice. The two Civil Rights trial attorneys are based in Washington, D.C.  At the moment, the Department of Justice, like many other government agencies, has restricted travel in order to protect its employees and others from the risk of contracting and transmitting the virus that causes COVID-19.  The United States respectfully requests that the Court permit the trial attorneys assigned to this matter to participate in the hearing via VTC in order to protect them and others from dangers associated with the virus.

6. In addition, the United States has learned that prospective witness Nurse Theresa Lindsey, the expert witness who examined the victim in this case, has been actively treating COVID-19 patients.  While it is unknown whether she will continue to treat such patients in the days and weeks leading up to the hearing, her hospital workplace nevertheless exposes her and others to unique risks.  Accordingly, the United States respectfully requests that the Court also permit Nurse Lindsey to testify at the hearing via VTC.

7. The United States will continue to consult with defense counsel as it finalizes its witness and exhibit lists to advise the Court of any additional witnesses who present unique risks associated with COVID-19.

For these reasons, the United States respectfully requests that the Court issue an Order finding that further delay of the above-referenced hearing would cause serious harm to the

interest of justice, and thus permit certain parties to the hearing to participate by video teleconference, or by telephone conference if video teleconferencing is not reasonably available. The United States further requests that the Court confirm, on the record at the beginning of any such proceeding, that the Defendant consents to the participation of these attorneys and witnesses by VTC or telephone conference.

Respectfully submitted this 24th day of June, 2020.

|  |  |  |  |
|---|---|---|---|
| | JASON R. DUNN<br>United States Attorney<br>District of Colorado | | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division<br>U.S. Department of Justice |
| By: | s/ *Bryan David Fields*<br>BRYAN DAVID FIELDS<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, CO 8020<br>Telephone:  303-454-0100<br>Facsimile:   303-454-0402<br>Bryan.Fields3@usdoj.gov | By:<br><br><br>By: | s/ *Maura Deady White*<br>MAURA DEADY WHITE<br><br>s/ *Katherine Gray DeVar*<br>KATHERINE GRAY DEVAR<br><br>Trial Attorneys<br>Civil Rights Division<br>950 Pennsylvania Avenue, N.W.<br>Telephone:  202-616-5103<br>Maura.White@usdoj.gov<br>Katherine.Devar@usdoj.gov |

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Bryan.Fields3@usdoj.gov
