IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: October 14, 2020
Courtroom Deputy: Anna Frank
Court Reporter: Mary George
Probation: Michelle Means (VTC)

| | |
|---|---|
| Criminal Action No. **19-cr-445-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan Fields<br>Katherine DeVar<br>Maura White |
| Plaintiff, | |
| v. | |
| 1. CURTIS ARGANBRIGHT, | Nathan Chambers<br>Douglas Jewell |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**9:33 a.m.      Court in session.**

Appearances of counsel. Defendant is present and on bond. Ms. Maura White and Ms. Katherine DeVar are appearing by videoconference.

Opening remarks by the Court.

Discussion held regarding setting the Sentencing Hearing.

**ORDERED:**  A Sentencing Hearing is hereby set for January 20, 2021 at 9:30 a.m. in Courtroom A801 before Judge William J. Martínez.

**ORDERED:**  On or before January 13, 2021, counsel shall file a notice informing the Court of what mode and manner witnesses are going to testify or if there will not be witnesses.

**ORDERED:**   Government's oral motion to reset the Sentencing Hearing for an earlier date is denied.

**ORDERED:**   Defendant's bond is continued.

**10:11 a.m.**   **Court in recess.**

Total time in court: 0:38

Hearing concluded.