IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:19-cr-00445-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CURTIS ARGANBRIGHT,

      Defendant.

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)**

      The United States of America, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to the United States Sentencing Guidelines Section 3E.1.(b).  The defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1

allocate their resources more efficiently.

  Respectfully submitted this 6th day of January, 2020.

|  |  |  |  |
|---|---|---|---|
|  | JASON R. DUNN<br>United States Attorney<br>District of Colorado |  | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division<br>U.S. Department of Justice |
| By: | s/ *Bryan David Fields*<br>BRYAN DAVID FIELDS<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, CO 8020<br>Telephone: 303-454-0100<br>Facsimile: 303-454-0402<br>Bryan.Fields3@usdoj.gov | By: | s/ *Maura Deady White*<br>MAURA DEADY WHITE |
|  |  | By: | s/ *Katherine Gray DeVar*<br>KATHERINE GRAY DEVAR<br><br>Trial Attorneys<br>Civil Rights Division<br>950 Pennsylvania Avenue, N.W.<br>Telephone: 202-616-5103<br>Maura.White@usdoj.gov<br>Katherine.Devar@usdoj.gov |

## CERTIFICATE OF SERVICE

I certify that on this 6th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Bryan.Fields3@usdoj.gov
