**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-0445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS ARGANBRIGHT,

    Defendant.

---

**UNOPPOSED MOTION FOR ORDER AUTHORIZING THE
DEFENDANT'S WIFE TO ATTEND THE SENTENCING HEARING**

---

Defendant Curtis Arganbright, by and through his attorney, Nathan Chambers, moves this Court for an order authorizing Mr. Arganbright's wife, Michelle Arganbright, to attend the sentencing hearing scheduled for January 20, 2021. Counsel has conferred with the Assistant United States Attorney who does not oppose this motion.

The government's unopposed motion regarding the victim's attendance at sentencing [Doc. 53] details the relevant procedural history of this case and need not be repeated except to note that the Court's Order of December 31, 2020 [Doc. 50] limits attendance in the courtroom to counsel, case agent, the U.S. Probation Office, Defendant, and witnesses while testifying. Because Mr. Arganbright recently survived a very serious infection of the COVID-19 virus that damaged his lungs, he is on oxygen. Depending on how long the sentencing hearing lasts, it might be necessary for him to change his oxygen

supply and he will require assistance to make this change. In addition to providing emotional support, Mrs. Arganbright will provide assistance, if necessary, with the oxygen machines and bottles. Mrs. Arganbright will be masked and remain socially distanced from all other attendees at the hearing.

WHEREFORE, the defendant respectfully requests that the Court allow Mr. Arganbright's wife to personally attend the sentencing hearing.

DATED: January 7, 2021.

Respectfully submitted,

NATHAN D. CHAMBERS LLC
By:   s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado  80202
(303) 825-2222
Attorney for Defendant, Curtis Arganbright

CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

      By:   s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-2222