IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:19-cr-00445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS ARGANBRIGHT,

    Defendant.

## GOVERNMENT'S EXHIBIT LIST – SENTENCING HEARING

    The United States of America hereby submits its exhibit list in advance of the sentencing hearing in this matter scheduled for January 20, 2021, at 9:30 a.m.  The government has consulted with defense counsel in this matter, pursuant to WJM Practice Standard V.F.1.  Defense counsel stipulates to each of the exhibits.  The government notes that exhibits identified in prior filings are cross-referenced in the "notes" column of the attached list.

    Respectfully submitted this 13th day of January, 2021.

| | |
|---|---|
| JASON R. DUNN<br>United States Attorney<br>District of Colorado | JOHN B. DAUKAS<br>Acting Assistant Attorney General<br>Civil Rights Division<br>U.S. Department of Justice |
| By:  s/ *Bryan David Fields*<br>BRYAN DAVID FIELDS<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, CO 8020<br>Telephone:  303-454-0100<br>Facsimile:   303-454-0402<br>Bryan.Fields3@usdoj.gov | By:  s/ *Maura Deady White*<br>MAURA DEADY WHITE<br><br>By:  s/ *Katherine Gray DeVar*<br>KATHERINE GRAY DEVAR<br><br>Trial Attorneys<br>Civil Rights Division<br>950 Pennsylvania Avenue, N.W.<br>Telephone:  202-616-5103<br>Maura.White@usdoj.gov<br>Katherine.Devar@usdoj.gov |

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<u>s/ *Bryan David Fields*</u>
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Bryan.Fields3@usdoj.gov