# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 19-cr-00445-WJM          PLAINTIFF'S LIST: ☒     DEFENDANT'S LIST: ☐     THIRD PTY DEFTS. LIST: ☐

CASE CAPTION:  UNITED STATES  vs. CURTIS ARGANBRIGHT          DATE: January 20, 2021

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Audio Recording of Interview of K.T. at Butterfly Pavilion on 8/24/17 | | X | | | | | ECF No.36-1 |
| 1T | | Transcript of Audio Recording of Interview of K.T. at Butterfly Pavilion on 8/24/17 | | X | | | | | ECF No. 36-2 |
| 2 | | Audio Recording of Interview of K.T. at St. Anthony Hospital on 8/24/17 | | X | | | | | ECF No. 36-3 |
| 2T | | Transcript of Audio Recording of Interview of K.T. at St. Anthony Hospital on 8/24/17 | | X | | | | | ECF No. 36-4 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 3(a) | | Video Recording of Interview of K.T. at Broomfield Police Department on 8/27/17 (Part 1) | | X | | | | | ECF No. 36-5 |
| 3(b) | | Video Recording of Interview of K.T. at Broomfield Police Department on 8/27/17 (Part 2) | | X | | | | | ECF No. 36-6 |
| 3T | | Transcript of Video Recording of Interview of K.T. at Broomfield Police Department on 8/27/17 | | X | | | | | ECF No. 36-7 |
| 4 | | Audio Recording of Interview of K.T. at Jefferson County Detention on 1/30/19 | | X | | | | | ECF No. 36-8 |
| 5 | | St. Anthony Hospital Surveillance Footage | | X | | | | | ECF No. 36-9 |
| 6 | | SANE Chart | | X | | | | | ECF No. 36-10 |
| 6(a) | | SANE Photo | | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 7 | | 2017.11.08 Report | | X | | | | | ECF No. 36-11 |
| 8 | | Car Wash Records | | X | | | | | ECF No. 36-12 |
| 9 | | 2017.08.25 Report | | X | | | | | ECF No. 36-13 |
| 10 | | 2017.08.28 Report | | X | | | | | ECF No. 36-14 |
| 11 | | Photo of Defendant's Locker | | X | | | | | ECF No. 36-15 |
| 12 | | Photo of Defendant's Personal Vehicle | | X | | | | | ECF No. 36-16 |
| 13 | | FBI Polygraph Report | | X | | | | | ECF No. 36-17 |
| 13(a) | | Def. Written Statement | | X | | | | | ECF No. 36-18 |
| 14 | | WPD Investigation Conclusions | | X | | | | | ECF No. 36-19 |
| 15 | | WPD Prisoner Policy | | X | | | | | ECF No. 36-20 |
| 16 | | Sex Offense Evaluation | | X | | | | | ECF No. 27-5 |
| 17 | | Integrity Polygraph Report | | X | | | | | ECF No. 26-3 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 18 | | Marshal Polygraph Services Report | | X | | | | | ECF No. 26-2 |
| 19 | | ZONAR Record | | X | | | | | |
| 19(a) | | ZONAR Animation | | X | | | | | |
| 20 | | K.T. SAH Records | | X | | | | | |
| 21 | | Theresa Lindsey *Curriculum Vitae* | | X | | | | | |
| 22 | | Utility Belt (physical exhibit) | | X | | | | | |
| 22(a) | | Photograph of Utility Belt | | X | | | | | |
| 23 | | Handcuffs (physical exhibit) | | X | | | | | |
| 23(a) | | Photograph of Handcuffs | | X | | | | | |
| 24 | | Duty firearm | | X | | | | | |
| 24(a) | | Photograph of Duty Firearm | | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 25 | | Spherical Photograph of Scene of Sexual Assault | | X | | | | | |
| 26 | | FBI Report of Interview for Nurse Tomaso | | X | | | | | |
| 27 | | FBI Report of Interview for Theresa Lindsey | | X | | | | | |