**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-0445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS ARGANBRIGHT,

    Defendant.

_____

**DEFENDANT'S EXHIBIT LIST – SENTENCING HEARING**
_____

    Defendant Curtis Arganbright, through counsel, submits his Exhibit List in advance of the sentencing hearing scheduled for January 20, 2021. Counsel for Mr. Arganbright has consulted with the Assistant United States Attorney and informs the Court that the government stipulates to each of the listed exhibits. Exhibits identified in prior court filings are cross-referenced in the "Corresponding Court Filing" column of the Exhibit List.

DATED: January 15, 2021.

                                      Respectfully submitted,

                                      NATHAN D. CHAMBERS LLC
                                      By:   s/Nathan D. Chambers
                                      Nathan D. Chambers
                                      303 16th Street, Suite 200
                                      Denver, Colorado  80202
                                      (303) 825-2222
                                      Attorney for Defendant, Curtis Arganbright

CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

By:   s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-2222