IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number:  19-cr-0445-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

CURTIS ARGANBRIGHT,

Defendant.

_____

### DEFENDANT'S MOTION TO RESTRICT DOCUMENT NUMBER 69
_____

Defendant Curtis Arganbright, by and through counsel, respectfully moves to restrict Document No. 69, any order revealing the redacted content of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The defendant requests a "Level 1" Restriction which would "limit access to the parties and the court."

DATED:   January 15, 2021.

1

Respectfully submitted,

NATHAN D. CHAMBERS LLC
/s Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado  80202
(303) 825-2222

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

By: <u>   s/Nathan D. Chambers</u>
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-2222