**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-0445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS ARGANBRIGHT,

    Defendant.

---

**CORRECTION TO RESPONSE TO GOVERNMENT'S BRIEF
IN SUPPORT OF IMMEDIATE REMAND**

---

    Curtis Arganbright, through counsel, respectfully submits this Correction to his Response to the Government's Brief in Support of Immediate Remand [Doc. 62]. [Doc. 69].

    Upon further reflection, undersigned counsel believes that he made an incorrect statement in the Response to the Government's Brief in Support of Immediate Remand. On page six of the Response, counsel stated: "Even if a defendant meets the criteria of §3143(a)(2), a court may nevertheless approve voluntary surrender if the court 'finds by clear and convincing evidence that the defendant is not likely to flee and is not a danger to any other person or the community.' 18 U.S.C. §3143(a)(2)(B)." Given the placement of the conjunctives and disjunctives in 18 U.S.C. §3143(a)(2), counsel believes that his statement is incomplete and therefore inaccurate.

1

Counsel asks leave to replace the incorrect sentence with the following: "Because the defendant does not meet the criteria of §3143(a)(2), the court may approve voluntary surrender if the court 'finds by clear and convincing evidence that the defendant is not likely to flee and is not a danger to any other person or the community.' 18 U.S.C. §3143(a)(1)."

Juxtaposed, the original statement and the corrected statement are as follows:

Original:   Even if a defendant meets the criteria of §3143(a)(2), a court may nevertheless approve voluntary surrender if the court "finds by clear and convincing evidence that the defendant is not likely to flee and is not a danger to any other person or the community." 18 U.S.C. §3143(a)(2)(B).

Corrected:  Because the defendant does not meet the criteria of §3143(a)(2), the court may approve voluntary surrender if the court "finds by clear and convincing evidence that the defendant is not likely to flee and is not a danger to any other person or the community." 18 U.S.C. §3143(a)(1).

With this correction the citation at p.7, line 5 of the Response should be 18 U.S.C. §3143(a)(1) rather than 18 U.S.C. §3143(a)(2)(B). With apologies, undersigned counsel respectfully requests leave to correct the Defendant's Response to the Government's Brief in Support of Immediate Remand.

DATED:  January 16, 2021.

Respectfully submitted,

NATHAN D. CHAMBERS LLC
By:      s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado  80202
(303) 825-2222
Attorney for Defendant, Curtis Arganbright

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

By:      s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado  80202
(303) 825-2222