IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 19-cr-0445-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

V.

CURTIS ARGANBRIGHT,

Defendant.

## NOTICE TO COURT REGARDING DEFENSE
## EXPERT WITNESS VALERIE SIEVERS

    Defendant Curtis Arganbright, through counsel, provides the Court with notice that the defense will not call any witnesses at the sentencing hearing.

    By Order of January 8, 2021 (Doc. 57), the parties were ordered to file detailed summaries of the anticipated testimony of any witness that any party expected to call at the sentencing hearing.  Pursuant to that Order, on January 15, 2021, the Defendant filed his Detailed Summary of Anticipated Testimony of Expert Witness Valerie Sievers. (Doc. 64).

    The parties have conferred and agree that Docket No. 64 can serve as a defense proffer of Nurse Siever's expert testimony.  In light of this agreement, there is no need to present live testimony at the sentencing hearing.

    Respectfully submitted January 28, 2021

NATHAN D. CHAMBERS LLC

*s/ Nathan D. Chambers*
Nathan D. Chambers
303 16th Street, Suite 200
Denver, CO 80202
(303) 825-2222

Attorney for Defendant, Curtis Arganbright

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

*s/ Nathan Chambers*