IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                     February 1, 2021
Courtroom Deputy:  Anna Frank
Court Reporter:       Mary George
Probation Officer:    Michelle Means

| | |
|---|---|
| Criminal Action No. **19-cr-445-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan Fields |
|     Plaintiff, | |
| v. | |
| 1. CURTIS ARGANBRIGHT, | Nathan Chambers<br>Douglas Jewell |
|     Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**9:33 a.m.      Court in session.**

Appearances of counsel. Defendant is present on bond. On behalf of the Government, Ms. White and Ms. DeVar are joining via the public access telephone line.

Defendant sworn.

Government's Exhibits 1, 1T, 2, 2T, 3(a), 3(b), 3T, 4, 5, 6, 6(a), 7-13, 13(a), 14-19, 19(a), 20-22, 22(a), 23, 23(a), 24, 24(a), and 25-27 are admitted into evidence.

Defendant's Exhibits A-F, H-V, V(1), V(2), W-Z, and A1-A9 are admitted into evidence.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

Witness proffers from the Government and Defendant.

**ORDERED:**  The Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [ECF 52] is granted.

In May of 2020, the probation officer was informed by the Government that the victim had reached a civil settlement sufficient to cover any restitution owned under the Mandatory Victim Restitution Act.

**11:04 a.m.**   **Court in recess.**
**11:18 a.m.**   **Court in session.**

Argument given on sentencing.

**11:53 a.m.**   **Court in recess.**
**12:08 p.m.**   **Court in session.**

Continued argument given on sentencing.

**12:50 p.m.**   **Court in recess.**
**1:33 p.m.**    **Court in session.**

Continued argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

Victim statement.

Defendant's allocution.

**3:19 p.m.**   **Court in recess.**
**3:30 p.m.**   **Court in session.**

**ORDERED:**  Government's Objection to Presentence Investigation Report [ECF 30] is overruled.

**ORDERED:**  Defendant's Objections and Corrections to Presentence Investigation Report [ECF 26] are overruled as moot, overruled, overruled as withdrawn, and sustained, as stated on the record.

Court's findings and conclusions.

**ORDERED:**  Restricted Motion [ECF 27] is granted in part and denied in part.

**ORDERED:**  The Plea Agreement between the parties is ACCEPTED.

**ORDERED:** Defendant shall be imprisoned for 72 months as to Count 1 of the Information. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in pretrial detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

**ORDERED:** The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $100, due and payable immediately. Payment of any fine is waived.

The Court waives the mandatory drug testing provision of 18 U.S.C. § 3563(a)(5).

**ORDERED:** The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** The defendant shall receive a GPS location monitoring device immediately following this hearing. Defendant shall submit to GPS location monitoring, with home detention, as directed by the supervising officer, and comply with all program requirements and instructions provided.

**ORDERED:** The defendant shall surrender at the institution designated by the Bureau of Prisons on March 29, 2021 by 12:00 p.m. Failure to report will be a new and separate criminal offense.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:** Defendant's bond set by the Magistrate Judge, including but not limited to compliance with the conditions of the defendant's Broomfield County District Court supervision, is continued.

**4:10 p.m.     Court in recess.**

Total time in court: 5:14

Hearing concluded.

*Clerk's note:  All original exhibits were returned to counsel at the conclusion of the hearing.  Counsel to retain exhibits until such time as all need for the*

**exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.**