1

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. <u>19-cr-00450-WJM</u>      PLAINTIFF'S LIST____      DEFENDANT'S LIST <u>X</u>      THIRD PTY DEFTS. LIST_____

CASE CAPTION <u>United States of America</u> vs. <u>Curtis Arganbright</u>      DATE <u>January 20, 2021</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | CORRESPONDING COURT FILING | COMMENTS / INFO. |
|---|---|---|---|---|---|---|---|---|---|---|
| A | | Douglas County District Court Case No. 15CR222 | | X | | 2/1 | | | Dkt. 27-1; App. pp.1-6, 28 | |
| B | | Affidavit for Arrest Warrant, March 27, 2015 | | X | | 2/1 | | | Dkt. 27-1; App. pp.7-10 | |
| C | | Records re Revocation of Nursing License | | X | | 2/1 | | | Dkt. 27-1; App. pp.11-20 | |
| D | | Driving Under the Influence, August 9, 2017 | | X | | 2/1 | | | Dkt. 27-1; App. pp.21-27 | |
| E | | Colorado State Judicial Department Narrative | | X | | 2/1 | | | Dkt. 27-1; App. p.29 | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | CORRESPONDING COURT FILING | COMMENTS / INFO. |
|---|---|---|---|---|---|---|---|---|---|---|
| F | | K.T. Cell Phone Extractions | | X | | 2/1 | | | Dkt. 27-1-3; App. pp.30-39, 51-53, 102 | |
| G | | Omitted | | | | | | | | |
| H | | Westminster Police Department Personnel Investigation | | X | | 2/1 | | | Dkt. 27-2; App. pp.49-50 | |
| I | | Det. Hammell Report September 1, 2017 | | X | | 2/1 | | | Dkt. 27-2; App. pp.58-61 | |
| J | | Westminster Police Department Chronological Sequence of Events | | X | | 2/1 | | | Dkt. 27-3; App. p.100 | |
| K | | Dispatch recording | | X | | 2/1 | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | CORRESPONDING COURT FILING | COMMENTS / INFO. |
|---|---|---|---|---|---|---|---|---|---|---|
| L | | Record re Arganbright phone call to H.T., August 24, 2017, 1:24 a.m. | | X | | 2/1 | | | Dkt. 27-3; App. p.103 | |
| M | | Still Shot – Arganbright and K.T. leaving St. Anthony North | | X | | 2/1 | | | Dkt. 27-3; App. p.104 | |
| N | | Sgt. Cavender Report | | X | | 2/1 | | | Dkt. 27-3; App. p.107 | |
| O | | Photo – Arganbright Police Vehicle | | X | | 2/1 | | | Dkt. 27-3; App. p.108 | |
| P | | Commander Haubert Statement | | X | | 2/1 | | | Dkt. 27-3; App. p.109 | |
| Q | | Property Receipts | | X | | 2/1 | | | Dkt. 27-3; App. p.113 | |
| R | | Lab Reports | | X | | 2/1 | | | Dkt. 27-3; App. pp.114-118 | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | CORRESPONDING COURT FILING | COMMENTS / INFO. |
|---|---|---|---|---|---|---|---|---|---|---|
| S | | Officer O'Hayre Statement | | X | | 2/1 | | | Dkt. 27-4; App. pp.120-121 | |
| T | | FBI 302 re H.T., May 10, 2019 | | X | | 2/1 | | | Dkt. 27-4; App. pp.127-128 | |
| U | | FBI 302 re H.T., January 23, 2019 | | X | | 2/1 | | | Dkt. 27-4; App. p.129 | |
| V | | Transcript: H.T. Voice Messages to Arganbright | | X | | 2/1 | | | Dkt. 27-4; App. p.130 | |
| V (1) | | H.T. Voice Message to Arganbright – First Call | | X | | 2/1 | | | Dkt. 27-4; App. p.130 | |
| V (2) | | H.T. Voice Message to Arganbright – Second Call | | X | | 2/1 | | | | |
| W | | Dr. Dai Statement | | X | | 2/1 | | | Dkt. 27-4; App. pp.131 | |
| X | | Officer Hafner Statement | | X | | 2/1 | | | Dkt. 27-4; App. p.132-133 | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | CORRESPONDING COURT FILING | COMMENTS / INFO. |
|---|---|---|---|---|---|---|---|---|---|---|
| Y | | St. Anthony North Medical Records, August 24, 2017 | | X | | 2/1 | | | Dkt. 27-4; App. p.134-135 | |
| Z | | FBI 302 re Marc Rood | | X | | 2/1 | | | Dkt. 27-4; App. p.136 | |
| A1 | | Marc Rood Letter to Broomfield Combined Courts | | X | | 2/1 | | | Dkt. 27-4; App. p.137 | |
| A2 | | Broomfield Police Department Records re July 23, 2012 | | X | | 2/1 | | | Dkt. 27-4; App. pp.138-142 | |
| A3 | | FBI 302 re K.T., January 30, 2019 | | X | | 2/1 | | | Dkt. 27-4; App. pp.143-144 | |
| A4 | | Transcript re K.T. January 30, 2019 | | X | | 2/1 | | | Dkt. 27-4; App. p.145-148 | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | CORRESPONDING COURT FILING | COMMENTS / INFO. |
|---|---|---|---|---|---|---|---|---|---|---|
| A5 | | FBI 302 re K.T., April 2, 2019 | | X | | 2/1 | | | Dkt. 27-4; App. pp.149-152 | |
| A6 | | Valerie Sievers CV | | X | | 2/1 | | | | |
| A7 | | Valerie Sievers Report | | X | | 2/1 | | | Dkt. 26-1 | |
| A8 | | SANE Photos | | X | | 2/1 | | | | |
| A9 | | FBI 302 re SANE Lindsey, May 10, 2019 | | X | | 2/1 | | | | |
| A10 | | | | | | | | | | |
| A11 | | | | | | | | | | |
| A12 | | | | | | | | | | |