**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19CR00445 -WJM-001
UNITED STATES OF AMERICA,

        Plaintiff,

v.

Curtis ARGANBRIGHT,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that the Defendant, Curtis Arganbright, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at FCI Big Spring, located in Big Spring, Texas, before 12:00p.m. on Monday, March 29, 2021, and will travel at his own expense.

        DATED at Denver, Colorado, this    18th    day of February 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge